AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Connie Nielsen,

Plaintiff,

v.

Martin J. O'Malley, Commissioner of Social Security,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:23-cv-100-HCN-DAO

IT IS ORDERED AND ADJUDGED

1. That the decision of the Social Security Administration is reversed pursuant to sentence four of 42 U.S.C. § 405(g), and
2. That this matter is remanded for further administrative proceedings.

February 27, 2024

*Date*

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge